Request GRANTED. The initial pre-trial conference scheduled for June 17, 2026, is adjourned, and will be rescheduled if and when Defendants appear in this matter.

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Dated: June 4, 2026
New York, New York



**The Rosen Law Firm**
**I N V E S T O R   C O U N S E L**

June 3, 2026

<u>**VIA ECF**</u>

The Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20B
New York, NY 10007

      **Re:**    *Sumner v. Komissarov, et al.,* Case No. 1:26-cv-02398 (JLR)
                <u>Request to Adjourn Initial Pretrial Conference</u>

Dear Judge Rochon:

      My firm represents Plaintiff Joe Sumner ("Plaintiff") in the above-referenced shareholder derivative action brought on behalf of nominal defendant Sports Entertainment Gaming Global Corp., formerly known as Lottery.com, Inc. (the "Company"). Pursuant to the Court's Individual Rules and Practices, Plaintiff respectfully requests an adjournment of the initial pretrial conference scheduled for June 17, 2026 at 11:00 a.m. and affiliated deadlines, including the submission of a proposed Civil Case Management Plan and Scheduling Order on June 5, 2026. (ECF No. 7). No request for an adjournment or extension has been sought previously in this matter and no further appearance before the Court is calendared at this time.

      While the Company and Individual Defendants[1] were timely served (ECF Nos. 8-18), no Defendant has appeared or responded to the Complaint. In light of this, Your Honor extended Defendants' time to answer on three occasions, mostly recently through June 12, 2026. (ECF Nos. 19, 20, 21). Plaintiff's counsel does not know if Defendants retained counsel for this action. Plaintiff's counsel contacted counsel representing the Company and certain of the Individual Defendants in the related class action *In re Lottery.com, Inc., Securities Litigation*, 1:22-cv-07111 (JLR) to ascertain whether they anticipate appearing for any of the Defendants here or have information as to who may do so. No response has been received to date. As such, Plaintiff has been unable to proceed with the conferral required for submission of a Civil Case Management Plan and Scheduling Order or to discuss matters that may be raised at the initial pretrial conference.

      Plaintiff is prepared to move for entry of default should Defendants fail to appear by June 12, 2026. If appearances are made in this action prior, Plaintiff's counsel will stand ready to participate in an initial pretrial conference at a future time designated by the Court.

                        Respectfully submitted,

                        */s/ Phillip Kim*

---

[1] The Individual Defendants are Vadim Komissarov, Lawrence Anthony DiMatteo III, Matthew Clemenson, Ryan Dickinson, Kathryn Lever, Lisa Borders, Steven Cohen, Joseph E. Kaminkow, Richard P. Kivel, and William C. Thompson, Jr. (and with the Company, the "Defendants").

1